Isaac A. Hopper, Respondent, v. Empire City Subway Company, Limited, Appellant.

*Hopper* v. *Empire City Subway Co.*, 78 App. Div. 637, affirmed.
(Submitted March 23, 1904; decided April 8, 1904.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 24, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry A. Powell* for appellant.

*Moses Weinman* and *Abraham Benedict* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Haight, Martin and Cullen, JJ.

---

Frederick A. Constable et al., Appellants, v. Henry Rosener, Respondent.

*Constable* v. *Rosener*, 82 App. Div. 155, affirmed.
(Argued March 23, 1904; decided April 8, 1904.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1903, upon an order which reversed an order of the Appellate Term reversing a judgment of the Municipal Court of the city of New York in favor of defendant, and affirmed said Municipal Court judgment.

*Jesse S. Epstein* and *Mark H. Ellison* for appellants.

*William H. Maginnis* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Haight, Martin and Cullen, JJ.